# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3373

_____

George H. Kalberer

*Plaintiff - Appellant*

v.

Star Tribune; Teamsters Local 120

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 30, 2013
Filed: May 3, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

George Kalberer appeals from the district court's[1] adverse grant of summary judgment in his pro se action against his former employer and his former union,

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

claiming that they violated the Age Discrimination in Employment Act and breached a collective bargaining agreement.  Upon careful de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir. 2011) (standard of review), we find no basis for reversal.

The judgment of the district court is affirmed.  *See* 8th Cir. R. 47B.

_____